```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __11/6/2018__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EMANUEL DELAZCRUZ,

                        Plaintiff,                    **ORDER**

       - against -                           18 Civ. 7461 (ER)

CREATURES OF COMFORT, INC.,

                        Defendant.
-------------------------------------------------------X

Ramos, D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within **thirty (30) days of the date hereof**.

       Any application to reopen **must be filed within thirty (30) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next thirty (30) days** with a request that the agreement be "so ordered" by the Court.

       All deadlines and conference are canceled.

SO ORDERED.

Dated: New York, New York
           November 6, 2018

                                                                             _____
                                                                             Edgardo Ramos, U.S.D.J.